UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A.K. PARDEEP, RATNAKAR DEV, THOMAS ROBBINS, and MOODCAST, INC.,

        Plaintiffs,

v.

SENTINEL INSURANCE COMPANY, LIMITED,

        Defendant.
_____/

CASE NO. 15-cv-05229-EMC

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- X   Private ADR (*please identify process and provider*) Mediation at JAMS

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

- X   other requested deadline June 30, 2016

Dated: Jan. 29, 2016                               */s/Brian R. Blackman*_____
                                                                   Attorney for Plaintiff

Dated: Jan. 29, 2016                               */s/ Ann K. Johnston*_____
                                                                   Attorney for Defendant

**[PROPOSED] ORDER**

☒    The parties' stipulation is adopted and IT IS SO ORDERED.
☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:    2/9/16



_____
DISTRICT JUDGE

## **CERTIFICATION**

     I, Brian R. Blackman, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Selecting ADR Process.  In compliance with Civ. L.R. 5-1(i)(3), I hereby attest that Ann K. Johnston has concurred in this filing.

DATED:  January 29, 2016                BLAXTER | BLACKMAN LLP


By:_____/s/Brian R. Blackman_____
                BRIAN R. BLACKMAN
                Attorneys for Plaintiffs
A.K. PRADEEP, RATNAKAR DEV, THOMAS ROBBINS and MOODCAST, INC.