1  ROBERT C. GEBHARDT (SBN 48965)
   Robert.Gebhardt@smilables.com
2  2600 10th Street, Suite 101
   Berkeley, CA  94710
3  Tel:  510-705-1889

4  J.T. WELLS BLAXTER (SBN 190222)
   wblaxter@blaxterlaw.com
5  BRIAN R. BLACKMAN (SBN 196996)
   bblackman@blaxterlaw.com
6  BLAXTER BLACKMAN LLP
   One Bush Street, Suite 650
7  San Francisco, CA  94104
   Tel:  415-500-7700 • Fax: 415-766-4255
8
   Attorneys for Plaintiffs A.K. PRADEEP;
9  RATNAKAR DEV; THOMAS ROBBINS;
   and MOODCAST, INC.
10
   ANN K. JOHNSTON (SBN 145022)
11 ajohnston@bergerkahn.com
   TED A. SMITH (SBN 159986)
12 tsmith@bergerkahn.com
   BERGER KAHN
13 A Law Corporation
   300 Tamal Plaza, Suite 215
14 Corte Madera, CA  94925
   Tel:  (415) 891-3321 • Fax: (415) 891-3322
15
   Attorneys for Defendant
16 SENTINEL INSURANCE COMPANY

17

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| A.K. PRADEEP, an individual; RATNAKAR DEV, an individual; THOMAS ROBBINS, an individual; and MOODCAST, INC., a dissolved Delaware corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>SENTINEL INSURANCE COMPANY, LIMITED, a Connecticut corporation,<br><br>    Defendant. | CASE NO.:  3:15-cv-05229-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>ACTION FILED:  11/16/15<br>TRIAL DATE:    None |

1   WHEREAS, Plaintiffs filed a Complaint for declaratory relief, breach of contract, 2 breach of the implied covenant of good faith and fair dealing on November 16, 2015;

3   WHEREAS, Defendant Sentinel Insurance Company, Ltd. filed an Answer to the 4 Complaint on December 11, 2015;

5   WHEREAS, at the case management conference held on March 3, 2016, before 6 the Honorable Edward M. Chen, the hearing on cross-motions for summary judgment 7 was set for June 9, 2016;

8   WHEREAS, counsel for Plaintiffs is unavailable for the hearing on June 9, 2016 9 because he is travelling back east for his granddaughter's graduation;

10   THEREFORE, IT IS STIPULATED by and between counsel for Plaintiffs and 11 Defendant that the hearing date be rescheduled to June 23, 2016, or as soon thereafter as 12 the matter may be heard, but not the weeks of July 4-8, July 28-29, August 15-19, and 13 August 22-26, 2016.  This requested time modification would not affect the schedule of 14 the case.

15   PLEASE TAKE NOTICE that the contents of this stipulation are acceptable to all 16 persons required to sign this document, and it has been agreed to by all parties required to 17 sign this document that his or her electronic signature can be affixed to this document.

19   DATED:  April 5, 2016

20   By: /s/ *Robert C. Gebhardt*
21   ROBERT C. GEBHARDT
Robert.Gebhardt@smilables.com
Attorneys for Plaintiffs

23   DATED:  April 5, 2016   BERGER KAHN
A Law Corporation

26   By: /s/ *Ann K. Johnston*
Ann K. Johnston
ajohnston@bergerkahn.com
Attorneys for Defendant
Sentinel Insurance Company

BERGER KAHN
*A Law Corporation*
300 Tamal Plaza, Suite 215
Corte Madera, CA 94925

1 **ORDER**

2 Pursuant to the stipulation of counsel, it is ordered that the hearing date on the
3 cross-motions for summary judgment is continued to _____June 23_____, 2016.

4 SO ORDERED.

6 DATED: ___4/11___, 2016.


IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen