1  ANN K. JOHNSTON (SBN 145022)
   ajohnston@bergerkahn.com
2  TED A. SMITH (SBN 159986)
   tsmith@bergerkahn.com
3  BERGER KAHN
   A Law Corporation
4  300 Tamal Plaza, Suite 215
   Corte Madera, CA  94925
5  Tel:  (415) 891-3321  •  Fax: (415) 891-3322

6  Attorneys for Defendant
   SENTINEL INSURANCE COMPANY, LTD.
7

8

9              **UNITED STATES DISTRICT COURT**

10         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  A.K. PRADEEP, an individual; | ) CASE NO.:  3:15-cv-05229-EMC |
| 13  RATNAKAR DEV, an individual; THOMAS ROBBINS, an individual; | ) **STIPULATION OF DISMISSAL AND** |
| and MOODCAST, INC., a dissolved | ) **[PROPOSED] ORDER** |
| 14  Delaware corporation, | ) |
| 15            Plaintiffs, | ) ACTION FILED:   11/16/15 |
|  | ) TRIAL DATE:        None |
| 16  vs. | ) |
| 17  SENTINEL INSURANCE | ) |
| COMPANY, LIMITED, a Connecticut | ) |
| 18  corporation, | ) |
| 19            Defendant. | ) |
| 20 | ) |

21        IT IS HEREBY STIPULATED by and between the parties to this action through

22  their designated counsel that the above-captioned action be and hereby is dismissed with

23  prejudice pursuant to FRCP 41(a)(1).

24        PLEASE TAKE NOTICE that all signatories to this Stipulation, on whose behalf

25  the filing is submitted, concur in the Stipulation's contents and authorize its filing with

26  his or her electronic signature affixed to this document.

27  ///

28  ///

BERGER KAHN
*A Law Corporation*
300 Tamal Plaza, Suite 215
Corte Madera, CA  94925

1

Stipulation of Dismissal and [Proposed] Order                    Case No. 3:15-cv-05229-EMC

BERGER KAHN
*A Law Corporation*
300 Tamal Plaza, Suite 215
Corte Madera, CA  94925

1

DATED:  May 13, 2016

2

By:  /s/ *Robert C. Gebhardt*
ROBERT C. GEBHARDT

3

Robert.Gebhardt@smilables.com
Attorneys for Plaintiffs

4

5

6

DATED:  May 13, 2016

BERGER KAHN
A Law Corporation

7

8

By:  /s/ *Ted A. Smith*
Ted A. Smith

9

tsmith@bergerkahn.com
Attorneys for Defendant

10

Sentinel Insurance Company, Ltd.

11

12

13

**ORDER**

14

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

15

16

Dated: _____ May 17 _____, 2016.

17

HON. EDWARD M. CHEN
U.S. DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

28

2

Stipulation of Dismissal and [Proposed] Order          Case No. 3:15-cv-05229-EMC